IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

EVAN C. FISHINGHAWK, TYLER J. LIBERTY AND GABRIEL OGDEN,

  Plaintiffs,

v.  Case No. CIV-18-1033-SLP

CARL BEAR, Warden, et al.,

  Defendants.

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered November 28, 2018 [Doc. No. 6]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 27th day of December, 2018.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE